UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-20476-JB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

COMMUNICACIONES CELULARES S.A.,

    Defendant.
_____/

## SEALED ORDER SETTING INITIAL APPEARANCE, WAIVER OF INDICTMENT and ARRAIGNMENT

THIS CAUSE is before the Court on the sealed Information. Defendant's Initial Appearance, Waiver of Indictment and Arraignment, hearing is set for **Monday, November 10, 2025 at 04:00 P.M.** before Judge Jacqueline Becerra in Courtroom 11-4 at the Wilkie D. Ferguson Courthouse.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 4, 2025.

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

cc:    counsel of record