UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-CR-20476-JB(SEALED)

UNITED STATES OF AMERICA,

    Plaintiff,

V.

COMMUNICACIONES CELULARES S.A.

    Defendant(s).
_____/

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon

**ORDERED AND ADJUDGED as follows: THIS CASE IS HEREBY UNSEALED.**

**DONE AND ORDERED** at Miami, Florida this 10th day of November, 2025.

_____
JAQUELINE BECERRA
UNITED STATES DISTRICT JUDGE